UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| VICTOR MICHAEL ALESI, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM J. REDMAN *et al.*, <br><br> Defendants. | CAUSE NO. 3:20-CV-318 DRL-MGG |

OPINION & ORDER

Victor Michael Alesi, a prisoner without a lawyer, filed a complaint against three defendants alleging his First Amendment rights were violated when prison officials refused to give him letters he mailed to family members that were returned to the prison as undeliverable due to insufficient addresses. After he filed his complaint, Mr. Alesi sent the court a letter asking that an additional exhibit he labeled as Exhibit 5 be filed in this case. ECF 5; 5-1. He states that Exhibit 5 lists the date that prison officials returned the contents of his undelivered mail to him, placed photocopies of the envelopes of the undelivered mail in his property, and told him the situation would not happen again.

Federal Rule of Civil Procedure 15(d) provides that the "court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). "Rule 15(d) allows a party to supplement the complaint in order to present subsequent material that is related to the claims presented in the original complaint." *Scottish Air Int'l, Inc. v. British Caledonian Group*, 751 F. Supp. 1129, 1133 (S.D.N.Y.1990),

rev'd on other grounds, 945 F.2d 53 (2d Cir.1991) (citations omitted). "Matters stated in a supplemental complaint should have some relation to the claim set forth in the original pleading." *Id.* at 1133 (citing *3 Moore's Federal Practice* ¶ 15.16[3], at 15–183 (2d Ed.1989)). *See also Quaratino v. Tiffany & Co.*, 71 F.3d 58, 66 (2d. Cir.1995) ("[L]eave to file a supplemental pleading should be freely permitted when the supplemental facts connect it to the original pleading.") (citations omitted).

Because Exhibit 5 contains additional facts that are related to Mr. Alesi's First Amendment rights claim, the supplemental pleading will be permitted. Fed. R. Civ. P. 15(d), Advisory Committee Notes, 1963 Amendments ("As in other situations where a supplemental pleading is offered, the court is to determine in the light of the particular circumstances whether filing should be permitted, and if so, upon what terms.").

For these reasons, the court GRANTS Victor Michael Alesi's request to supplement his complaint (ECF 5, 5-1) and his request will be deemed a supplement to Mr. Alesi's complaint pursuant to Fed. R. Civ. P. 15(d).

SO ORDERED.

January 13, 2021 *s/ Damon R. Leichty*
Judge, United States District Court